```
                                                                    USDC SDNY
                                                                    DOCUMENT
UNITED STATES DISTRICT COURT                                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                       DOC #: _____
------------------------------------------------------------------- X   DATE FILED: 1/13/21
                                                               :
SANDY GRACIANO, on behalf of himself and all other             :
persons similarly situated,                                    :
                                                               :    1:20-cv-09263-GHW
                                          Plaintiff,           :
                                                               :         ORDER
                      -against-                                :
                                                               :
LA POLICE GEAR INC.,                                           :
                                                               :
                                          Defendant.           :
                                                               :
------------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

On January 12, 2021, the court-appointed mediator informed the Court that the parties have represented that this case has settled. Accordingly, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

    The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

    SO ORDERED.

Dated: January 12, 2021

                                                  GREGORY H. WOODS
                                                United States District Judge